FILED

04/07/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0065

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0065

_____

ANIMALS OF MONTANA, INC., TROY HYDE,
Permit Holder,

Petitioner and Appellant,

v.                                                           O R D E R

STATE OF MONTANA, DEPARTMENT
OF FISH, WILDLIFE, AND PARKS,

Respondent and Appellee.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Michael F. McMahon, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 7 2021